Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA RAPPLEY, individually and on behalf of all others similarly situated,** <br> Plaintiff, <br><br> vs. <br><br> **PORTFOLIO RECOVERY ASSOCIATES, LLC, and DOES 1-10, inclusive,** <br> Defendant(s). | Case No. <br><br> 5:17-cv-00108-JGB-SP <br><br> **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, PATRICIA RAPPLEY, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: April 30, 2018

_____
Honorable Jesus G. Bernal
United States District Judge